

# IN THE
# TENTH COURT OF APPEALS

No. 10-10-00040-CV

**SABRINA K. WITHERSPOON,**

**Appellant**

 **v.**

**HOUSING AUTHORITY OF FRANKLIN,**

**Appellee**

From the County Court
Robertson County, Texas
Trial Court No. 09-8-CV

## MEMORANDUM OPINION

Appellant, Sabrina K. Witherspoon, appealed the trial court's Judgment of Possession signed on December 8, 2009. Witherspoon's docketing statement was due February 8, 2010. By letter dated February 17, 2010, the Clerk of this Court notified Witherspoon that no docketing statement had been filed. The Clerk gave Witherspoon an additional 21 days to file the docketing statement. When more than 21 days passed and no docketing statement was filed, the Clerk warned Witherspoon by letter dated March 18, 2010 the appeal would be dismissed without further notice unless, within 21

days of the date of the letter, a docketing statement was filed. More than 21 days have passed, and we have not received a docketing statement.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b) & (c); 44.3.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2009). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by Witherspoon.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Reyna, and
　　　Justice Davis
Appeal dismissed
Opinion delivered and filed April 28, 2010
[CV06]